```
                                                            FILED
                                                         March 20, 2015
            UNITED STATES DISTRICT COURT FOR THE       CLERK, US DISTRICT COURT
                                                       EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA                CALIFORNIA
                                                            DEPUTY CLERK
```

UNITED STATES OF AMERICA,            )
                                     )    Case No. 2:15-CR-00024-KJM
      Plaintiff,             )
                                     )    ORDER FOR RELEASE OF
v.                                   )    PERSON IN CUSTODY
                                     )
SERGIO CARRILLO-RAYGOZA ,            )
                                     )
      Defendant.             )

TO:   UNITED STATES MARSHAL:

    This is to authorize and direct you to release SERGIO CARRILLO-RAYGOZA, Case No. 2:15-CR-00024-KJM, Charge Title 21 USC § 841(a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ 80,000 secured

        ✔ Two Unsecured Appearance Bonds $50,000 each (co-signed)

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)    With pretrial supervison and conditions of release as stated on the record in open court.

    This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

    Issued at Sacramento, CA on March 20, 2015 at 4:35 pm.

                        By _____
                             Dale A. Drozd
                             United States Magistrate Judge