1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  SEAN RIORDAN, #255752
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700
   Facsimile: (916) 498-5710
5  sean_riordan@fd.org

6  Attorney for Defendant
   SERGIO CARRILLO-RAYGOZA
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No. 2:15-cr-00024 KJM
                                       )
12             Plaintiff,              )   STIPULATION AND [~~PROPOSED~~] ORDER
                                       )   TO MODIFY CONDITIONS OF PRETRIAL
13       v.                            )   RELEASE
                                       )
14  SERGIO CARRILLO-RAYGOZA,           )
                                       )   Judge:   Hon. Allison Claire
15             Defendant.              )
                                       )

16

17       IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason

18  Hitt, attorney for Plaintiff, and Assistant Federal Defender Sean Riordan, attorney for Sergio

19  Carrillo-Raygoza, that amended special conditions of release number 14 and 15, concerning

20  location monitoring and curfew, respectively, be eliminated.  Those conditions read:

21       14. You shall participate in the following location monitoring program component and
22  abide by all the requirements of the program, which will include having a location monitoring
    unit installed in your residence and a radio frequency transmitter device attached to your person.
23  You shall comply with all instructions for the use and operation of said devices as given to you
    by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or
24  part of the costs of the program based upon your ability to pay, as determined by the pretrial
    services officer; and,
25

26       15. **CURFEW:** You shall remain inside your residence every day from 8:00 p.m. to 4:30
    a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or
27  court-ordered obligations; …

28  (Doc. No. 26.)

*Stipulation and [Proposed] Order to Modify Conditions of*        -1-                    *15-cr-00024-KJM*
*Pretrial Release*

1    Mr. Carrillo has been supervised under location monitoring since his release on March

2    23, 2015.   For the past six months, he has maintained full-time employment and has not

3    sustained any location monitoring violations.   Mr. Carrillo's custodian continues to maintain

4    contact with his Pretrial Services Officer and states that there are no concerns.   Mr. Carrillo's

5    Pretrial Services Officer has suggested that the condition of location monitoring be removed

6    from his "Special Conditions of Release", while all other conditions remain in force.

7    This stipulation is made pursuant to 18 U.S.C. § 3141(c)(3) which permits this Court to

8    modify the conditions of release at any time.

9

10   Dated: September 22, 2015              Respectfully submitted,

11                                          HEATHER WILLIAMS
                                            Federal Defender
12
                                            /s/ Sean Riordan
13                                          SEAN RIORDAN
                                            Assistant Federal Defender
14                                          Attorney for Defendant
                                            Sergio Carrillo-Raygoza
15

16

17   DATED: September 22, 2015             BENJAMIN B. WAGNER
                                           United States Attorney
18
                                           /s/ Sean Riordan for
19                                         JASON HITT
                                           Assistant U.S. Attorney
20                                         Attorney for Plaintiff

21

22

23

24

25

26

27

28

1

**O R D E R**

2

IT IS HEREBY ORDERED that condition numbers 14 and 15 shall be removed from the

3

"Amended Special Conditions of Release" as to Mr. Sergio Carrillo-Raygoza.  All other

4

conditions of release shall remain in force.

5

6

DATED: September 22, 2015

7

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28