UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Kimberly J. Mueller  **RE: Sergio Bernard Carrillo-Raygoza**
United States District Judge    **Docket Number: 2:15CR00024-01**
Sacramento, California          **PERMISSION TO TRAVEL**
                                **OUTSIDE THE COUNTRY**

Your Honor:

Sergio Bernard Carrillo-Raygoza is requesting permission to travel to Tijuana and Sinaloa, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 27, 2016, Mr. Carrillo-Raygoza was sentenced for the offense of 21 USC 841(a)(1), Possession With Intent to Distribute Methamphetamine (Class C Felony).

**Sentence Imposed:** He was sentenced to 36 months custody in the Bureau of Prisons; 36 months Supervised Release; and $100 Special Assessment (Paid).

**Dates and Mode of Travel:** From May 6, 2019, through June 6, 2019, via Southwest Airlines.

**Purpose:** Visit Family

**RE:	Sergio Bernard Carrillo-Raygoza
	Docket Number:  2:15CR00024-01
	<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,



Adrian Garcia
United States Probation Officer

Dated:	April 25, 2019
	Fresno, California
	AG/rv

**REVIEWED BY:**	*/s/ Brian J. Bedrodian*
	**Brian J. Bedrosian
	Deputy Chief United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved  ☐ Disapproved

DATED:  May 1, 2019.

_____
UNITED STATES DISTRICT JUDGE