# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

| | |
|---|---|
| Honorable Kimberly J. Mueller<br>United States District Judge<br>Sacramento, California | **RE: Sergio Bernard Carrillo-Raygoza**<br>**Docket Number: 2:15CR00024-01**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Sergio Bernard Carrillo-Raygoza is requesting permission to travel to Tijuana and Sinaloa, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 27, 2016, Mr. Carrillo-Raygoza was sentenced for the offense of 21 USC 841(a)(1), Possession With Intent to Distribute Methamphetamine (Class C Felony).

**Sentence Imposed:** He was sentenced to 36 months custody in the Bureau of Prisons; 36 months Supervised Release; and $100 Special Assessment (Paid).

**Dates and Mode of Travel:** From September 14, 2019, through October 14, 2019, via Southwest Airlines.

**Purpose:** Visit Family

1

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:** Sergio Bernard Carrillo-Raygoza
  Docket Number: 2:15CR00024-01
  <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

Adrian Garcia
United States Probation Officer

Dated:   August 30, 2019
  Fresno, California
  AG/rmv

**REVIEWED BY:**   /s/ Brian J. Bedrosian
  **Brian J. Bedrosian**
  **Deputy Chief United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

**DATED:** September 9, 2019.


UNITED STATES DISTRICT JUDGE