HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:15-CR-0024-KJM/KJN |
|---|---|
| Plaintiff, | ) |
| | ) ORDER EXONERATING PROPERTY BOND |
| v. | ) AND FOR RECONVEYANCE OF DEED |
| | ) |
| SERGIO CARRILLO-RAYGOZA, | ) Duty Judge: Hon. Kendall J. Newman |
| Defendant. | ) |

The Court hereby EXONERATES the property bond posted in this case and ORDERS that the property be reconveyed by the Clerk's Office through a reconveyance form to be sent to the address on the deed of trust.

Dated:  March 28, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Reconveyance and Exoneration of Property Bond